UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,     )
        Plaintiff,       )
          v.         )     NO. 4:10CR00027-01 JMM
              )
DONALD HUGHES        )
        Defendant,     )
          and       )
              )
ELSTON ENTERPRISE     )
        Garnishee      )

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 5 2013

JAMES W. McCORMACK, CLERK
By:_____
               DEP CLERK

GARNISHMENT ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and

served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed

an Answer on August 5, 2013, stating that at the time of the service of the Writ he had in his

possession or under his control personal property belonging to and due defendant, and that

garnishee was indebted to defendant in the sum of $940.51 per week.  The defendant is indebted

to the United States in the sum of $18,541.80.

On August 3, 2013, the defendant was notified of his right to a hearing and has not

requested a hearing to determine exempt property.  The United States is entitled to 25% of the

defendant's net wages but while the defendant is on supervised release will only take **10% of the**

**defendant's weekly net wages**.

THEREFORE, IT IS ORDERED that the garnishee defendant, shall pay into the hands of

the United States District Court Clerk, ten percent **(10%) of** defendant's disposable earnings per

pay period and continue said payments until the debt to the plaintiff is paid in full or until the

garnishee no longer has custody, possession or control of any property belonging to the debtor or

until further Order of this court.

**When supervision expires, the statutory 25% should be withheld pursuant to 15**

**U.S.C. § 1673(a).**   The United States will notify the garnishee when 25% need to be withheld.

Said payments should be sent to the United District Court Clerk, 600 W. Capitol Avenue,

Rm. A149, Little Rock, Arkansas, 72203.

Dated: Sept 5, 2013

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE